UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Corey Jawan Robinson, # 294233, | ) | C/A No. 5:11-3346-JMC-KDW |
| | ) | [*formerly* C/A No. 4:11-3346-JMC-TER] |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Cpt. T. Clark; | ) | |
| Ms. D. Bailey, *Classification*; | ) | |
| Lt. J. Williams; | ) | |
| Officer Mosher; | ) | |
| Sgt. J. Aranda; | ) | |
| Lolita M. Lee; | ) | |
| Sherisse D. Birch; | ) | |
| Loretta Aiken; | ) | |
| Warden Wayne McCabe; | ) | |
| IGC B. J. Thomas; | ) | |
| Ofc. J. Middleton; | ) | |
| Ofc. Jeremy Johnson; | ) | |
| Nurse Luanne Mauney; | ) | |
| Nurse J. Scott; | ) | |
| South Carolina Department of Corrections, | ) | |
| Defendants. | ) | |

    This is a civil rights action filed by a state prisoner. This matter is before the Court because of Plaintiff's failure to comply with the magistrate judge's order (ECF No. 10) of December 28, 2011. A review of the record indicates that the magistrate judge ordered Plaintiff to submit the items needed to render this case into "proper form" within twenty-one (21) days, and that if he failed to do so, this case would be dismissed *without prejudice*. Specifically, the magistrate judge directed

Plaintiff to submit a separate Form USM-285 for each of the sixteen Defendants in this case. Plaintiff has failed to respond to the magistrate judge's order.

Accordingly, the above-captioned case is dismissed *without prejudice*. The Clerk of Court shall close the file.*

IT IS SO ORDERED.

*J. Michelle Childs*
J. Michelle Childs
United States District Judge

January 27, 2012
Greenville, South Carolina

**NOTICE OF RIGHT TO APPEAL**

Plaintiff is, hereby, notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.

---

*Under the General Order (Misc. No. 3:07-MC-5014-JFA) filed on September 18, 2007, this dismissal *without prejudice* does *not* count as a "strike" for purposes of the "three strikes" provision of 28 U.S.C. § 1915(g). If Plaintiff wishes to bring this action in the future, he should obtain new forms for doing so from the Clerk's Office in Columbia (901 Richland Street, Columbia, South Carolina 29201).